UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEVEN LACHUTE | * | NO. 11-2783 |
| | * | |
| V. | * | DISTRICT JUDGE: VANCE |
| | * | |
| OCHSNER CLINIC FOUNDATION | * | MAGISTRATE JUDGE SHUSHAN |
| | * | |
| | * | JURY TRIAL DEMANDED |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JUDGMENT**

This matter came before the Court on December 3, 2012 through December 4, 2012 for a jury trial on the merits. Following the trial and on December 4, 2012, the jury rendered judgment in favor of plaintiff, Steven Lachute, and against defendant, Ochsner Clinic Foundation finding that Ochsner failed to utilize reasonable care.

IT IS ORDERED, ADJUDGED AND DECREED that the jury finding be adopted and that there be judgment in favor of plaintiff, Steven Lachute, and against defendant, Ochsner Clinic Foundation as follows:

a) $1,000,000 in general damages and lost wages reduced to $500,000.00 per the Louisiana Medical Malpractice Act;

b) Past medical expenses in the amount of $674,637.44;

c)  Future medical expenses in the amount of $500,000.00 and as provided by La. R.S. 40:1299.43 and related law;

d)  Legal interest from January 30, 2008 until paid;

e)  Court costs in the amount of $1,550.00.

Judgment read, rendered and signed in,

New Orleans, Louisiana, this __19th__ day of _____December_____, 2012.

_____*Sarah Vance*_____
UNITED STATES DISTRICT JUDGE
SARAH VANCE


Approved and accepted as to form and content by:


s/Timothy R. Richardson                         s/Don McKinney
TIMOTHY R. RICHARDSON (27625)    DON MCKINNEY
USRY, WEEKS & MATTHEWS (9050)   ADAMS & REESE
1615 Poydras Street, Suite 1250              701 Poydras Street, Suite 4500
New Orleans, LA 70112                            New Orleans, LA 70139